UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN MARCUS ZINMAN, | No. 2:25-cv-01004-DC-DMC (HC) |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| BRIAN PHILLIPS, | (Doc. Nos. 18, 25) |
| Respondent. | |

Petitioner Justin Marcus Zinman, a state prisoner proceeding *pro se*, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 22, 2025, Petitioner filed a motion for temporary restraining order and motion for injunction concerning a California notice of tax lien he received on November 25, 2025. (Doc. No. 18.) On February 4, 2026, the assigned magistrate judge issued findings and recommendations recommending Petitioner's motion for temporary restraining order and motion for injunction be denied. (Doc. No. 25 at 4.) Specifically, the magistrate judge found Petitioner's request for relief from a California state tax lien has no relationship to Petitioner's habeas petition and Petitioner's motion lacks the nexus necessary to demonstrate relief is warranted. (*Id*.)

The findings and recommendations were served on Petitioner and contained notice to Petitioner that any objections to the findings and recommendations were to be filed within

1

fourteen (14) days. (*Id*. at 5) On February 17, 2026, Petitioner filed objections to the findings and recommendations. (Doc. No. 32.) The court reviewed Petitioner's objections and finds they do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 4, 2026 (Doc. No. 25) are ADOPTED in full;

2. Petitioner's motion for temporary restraining order and motion for injunction (Doc. No. 18) is DENIED; and

3. This matter is referred to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: __**March 24, 2026**__

Dena Coggins
United States District Judge

2