**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTIN MARCUS ZINMAN, | No.  2:25-CV-1004-DC-DMC-P |
| Petitioner, | |
| v. | ORDER |
| BRIAN PHILLIPS, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254.  Pending before the Court is Respondent's motion to transfer.  See ECF No. 38.

The first amended petition challenges a conviction and/or sentence issued by the Ventura County Superior Court.  See CF No. 9.  Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners.  See Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973).  Because any and all witnesses and evidence necessary for the resolution of Petitioner's application are more readily available in Ventura County, which is within the boundaries of the United States District Court for the Central District of California, Respondent's motion to transfer will be granted and this matter will be transferred to that court.  See id. at 499 n.15.

1

Accordingly, IT IS HEREBY ORDERED as follows:

    1.    Respondent's motion to transfer, ECF No. 38, is granted.

    2.    This matter, and all other pending motions, ECF Nos. 8, 10, 11, 12, 17, 20, 21, 26, 27, 28, 29, 31, 33, 35, and 36, is transferred to the United States District Court for the Central District of California.

Dated:  April 7, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2